**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs) (12/10)     Case Number **11–22321**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/25/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Austin Lee Peterson<br>11253 North Park Drive<br>Highland, UT 84003 | Robin Olson Peterson<br>11253 North Park Drive<br>Highland, UT 84003 |
| Case Number:<br>11–22321 WTT | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–4029<br>xxx–xx–3078 |
| Attorney for Debtor(s) (name and address):<br>Austin Lee Peterson<br>11253 North Park Drive<br>Highland, UT 84003<br>Telephone number: 801–647–2729 | Bankruptcy Trustee (name and address):<br>J. Kevin Bird tr<br>Bird & Fugal<br>384 East 720 South<br>Suite 201<br>Orem, UT 84058<br>Telephone number: (801) 426–4700 |

### Meeting of Creditors
Date: **April 4, 2011**      Time: **1:00 pm**
Location: **Provo City Library, Academy Square, 550 N. University Ave., Provo, UT 84601**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/3/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524–6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open: 8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date: 3/10/11 |

### Online Information
Case information is available at no charge on our Voice Case Information System (VCIS). Call 1–800–733–6740 or (801) 524–3107 with your touch–tone telephone. Case information is also available on the Internet using our PACER service for a $.08/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS**  FORM RAB9A (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s) or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Local Rules 1007–1, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within five days after receipt of notice of selection. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
District of Utah

In re:
Austin Lee Peterson
Robin Olson Peterson
        Debtors

Case No. 11-22321-WTT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2    User: dlg    Page 1 of 1    Date Rcvd: Mar 10, 2011
                        Form ID: rab9a    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2011.
```
db/jdb     +Austin Lee Peterson,   Robin Olson Peterson,   11253 North Park Drive,   Highland, UT 84003-9611
7518928    +DPI ED/SLM,    PO BOX 9635,    WILKES BARRE, PA 18773-9635
7518929     FIVE STAR FRANCHISING INC.,    938 South 2000 West #240,   UT 84663
7518930    +GALLATIN DIST COURT,    615 S 16TH STREET,    BOZEMAN, MT 59715-1313
7518931     GEMB / L OWBRC,    PO BOX 103065,    ROSWELL, GA 30076
7518932    +KIMBALL TIREY,    1202 KETTNER BLVD FL 5,    SAN DIEGO, CA 92101-3390
7518933    +KNIGHT ADK. BUREAU U.Of U FCU,    404 East 4500 South #A-34,    Salt Lake City, UT 84107-2710
7518934    +MTN LAND COL,    PO BOX 1280,    AMERICAN FORK, UT 84003-6280
7518936    +SALLIE MAE,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
7518937    +SANTANDER CONSUMER USA,    8585 N STEMMONS FWY STE,    DALLAS, TX 75247-3836
7518938    +UHEAA/SBR CO,    60 S 400 W,    SALT LAKE CITY, UT 84101-1284
7518939    +UNIV UTAH CU,    PO BOX 58025,    SALT LAKE CITY, UT 84158-0025
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QJKBIRD.COM Mar 11 2011 00:03:00    J. Kevin Bird tr,   Bird & Fugal,   384 East 720 South,
             Suite 201,    Orem, UT 84058-6320
7518925    +EDI: CAPITALONE.COM Mar 11 2011 00:03:00    CAPITAL ONE,   PO BOX 85520,
             RICHMOND, VA 23285-5520
7518926    +EDI: CITICORP.COM Mar 11 2011 00:03:00    CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
7518927    +EDI: CMIGROUP.COM Mar 11 2011 00:03:00    CREDIT MANAGEMENT LB,    4200 INTERNATIONAL PKWY,
             CARROLLTON, TX 75007-1912
7533364     EDI: RMSC.COM Mar 11 2011 00:03:00    GE Money Bank,   Care of Recovery Management Systems Corp,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
7518935    +EDI: PHINRJMA.COM Mar 11 2011 00:03:00    RJM ACQUISITIONS,    575 Underhill Blvd # 224,
             Syosset, NY 11791-3416
7518936    +EDI: SALMAESERVICING.COM Mar 11 2011 00:03:00    SALLIE MAE,   PO BOX 9500,
             WILKES BARRE, PA 18773-9500
                                                                                               TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2011**             **Signature:**    _Joseph Speetjens_